622

opinion filed May 27, 1948; released for publication June 22, 1948. Harold Broverman and Scott Hoover, for appellant; Hogan & Coale and Daniel H. Dailey, for appellee. Opinion by JUSTICE DADY. Not to be published in full.

## Chester A. Mocabee and Hazel B. Mocabee, Appellees, v. Mable T. Holman, Appellant.

Gen. No. 9,590.

opinion filed May 27, 1948; released for publication June 22, 1948. Weilepp & Wilson, for appellant; John W. Dyar, of counsel; Vail, Mills & Armstrong, for appellees. Opinion by JUSTICE HAYES. Not to be published in full.

## Riley Fordyce, Appellee, v. Wallace Elifson, Appellant.

Gen. No. 10,155.